IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Dexter Crawford, # 231730, *a/k/a Dexter Lamont Crawford,*  Plaintiff,  vs.  Director FNU Byers; Regional Director, John Doe; Warden FNU Dunlap; Mr. FNU Hint, Lt.; Major Jane Doe; Cpt. John Doe; Lt. FNU Vick; Sgt. John Doe; Ofc. T.W. Thomas; Ofc. FNU Geddy; Ms. Cpl. K. Dove,  Defendants. | C/A No. 4:14-cv-00862-TLW-TER  **ORDER** |

This case is before the Court due to Plaintiff's failure to comply with the Order to bring the above-captioned case into proper form entered by Magistrate Judge Thomas E. Rogers, III on April 4, 2014. (Doc. #7).

A review of the record indicates that the Magistrate Judge ordered Plaintiff to submit within twenty-one days (21) certain items needed to render this case into proper form. (Doc. #7). The Plaintiff was specifically informed that failure to bring the above-captioned case into proper form may result in dismissal of the case for failure to prosecute and failure to comply with an Order of the Court pursuant to Rule 41 of the Federal Rules of Civil Procedure.[1] (See Doc. #7 at 3, 4). The Plaintiff has not complied with the Order. The time for compliance has passed and the Plaintiff has not made any contact with the Court since the initial filing of this action on March 13, 2014.

---

[1] The Court's Order was mailed to the Plaintiff at the mailing address provided by the Plaintiff. (Doc. #9). The Court never received any mail returned as undeliverable; thus, it is presumed that the Plaintiff received the Magistrate Judge's April 4, 2014 Order, but has neglected to comply with it within the time period permitted under the Order.

1

Plaintiff's lack of response to the Court Order indicates the Plaintiff does not intend to prosecute the above-captioned case and subjects this case to dismissal. See Fed. R. Civ. P. 41(b) (district courts may dismiss an action if a Plaintiff fails to comply with an order of the court.); see also Chandler Leasing Corp. v. Lopez, 669 F.2d 919, 920 (4th Cir. 1982) (court may dismiss sua sponte).

Accordingly, it is hereby **ORDERED** that the above-captioned case is **DISMISSED** without prejudice for failure to prosecute pursuant to Rule 41 of the Federal Rules of Civil Procedure.[2] The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

s/ Terry L. Wooten
Terry L. Wooten
Chief United States District Judge

July 21, 2014
Columbia, South Carolina

---

[2] Under General Order, Misc. No. 3:07-5014-JFA, this dismissal *without prejudice* does *not* count as a "strike" for purposes of the "three strikes" provision of 28 U.S.C. § 1915(g). If Plaintiff wishes to bring this action in the future, he should obtain new forms for doing so from the Clerk's Office located in Columbia at 901 Richland Street, Columbia, South Carolina 29201.

\*\*\*\*
**NOTICE OF RIGHT TO APPEAL**

  The parties are hereby notified of the right to appeal this Order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.

\*\*\*\*