AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Dexter Crawford, aka Dexter Lamont Crawford ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.    4:14-cv-862-TLW |
| Director FNU Byers, John Doe, et al ) | |
| *Defendant* ) | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❒ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice for failure to prosecute pursuant to Rule 41b.

This action was *(check one)*:

❒ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❒ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Chief Judge Terry L. Wooten, United States District Judge.

Date:   July 21, 2014                                                 *CLERK OF COURT*

                                                                                  s/Debbie Stokes
                                                                            *Signature of Clerk or Deputy Clerk*